# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW AARON HAMMEL,

    Defendant.

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about December 05, 2024, within the State and District of Colorado, Defendant MATTHEW AARON HAMMEL did knowingly and intentionally possess with intent to distribute 400 grams and more of a mixture and substance containing fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi).

### COUNT TWO

On or about December 05, 2024, within the State and District of Colorado, Defendant MATTHEW AARON HAMMEL did knowingly and intentionally possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

## COUNT THREE

On or about December 05, 2024, within the State and District of Colorado, Defendant MATTHEW AARON HAMMEL knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in Count Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Count Three of this Indictment involving violations of 18 U.S.C. § 924(c)(1)(A)(i), Defendant Matthew Aaron Hammel shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, described as:

   (1) Make: Smith & Wesson, .38 caliber revolver, Serial Number DLE5310;

   (2) Make: Sig Sauer, P220, semiautomatic pistol, Serial Number G352163;

   (3) Make: Harrington, Model 88, Open Action (break) style shotgun, 410 gauge;

   (4) Make: Geisler, firearm parts;

  (5) Make: Seven AR magazines; and

  (6) Miscellaneous recovered shell casings

If any of the property described in paragraph two above, as a result of any act or omission of the defendant:

  a) cannot be located upon the exercise of due diligence;
  b) has been transferred or sold to, or deposited with, a third party;
  c) has been placed beyond the jurisdiction of the Court;
  d) has been substantially diminished in value; or
  e) has been commingled with other property which cannot be subdivided without difficulty.

It is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

            A TRUE BILL:

            <u>"Ink signature on file in Clerk's Office"</u>
            FOREPERSON

J. BISHOP GREWELL
ACTING UNITED STATES ATTORNEY

*s/R. Josh Player*
R. Josh Player
Assistant United States Attorney
United States Attorney's Office
835 E. 2nd Avenue
Durango, Colorado 81301
Telephone: (970) 247-1514
E-mail: riley.player@usdoj.gov