# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 25-cr-80-GPG-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW AARON HAMMEL,

    Defendant.

## INFORMATION

THE UNITED STATES ATTORNEY charges that:

### COUNT ONE

On or about December 05, 2024, within the State and District of Colorado, Defendant MATTHEW AARON HAMMEL did knowingly and intentionally possess with intent to distribute 50 grams and more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

### FORFEITURE ALLEGATION

1.    The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 21, United States Code 841(a)(1) and (b)(1)(A)(viii), and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the violations alleged in Count One of this Information involving violations of Title 21, United States Code 841(a)(1) and (b)(1)(A)(viii), Defendant Matthew Aaron Hammel shall forfeit to the United States pursuant to Title 21, United States Code 841(a)(1) and (b)(1)(A)(viii), Title18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, described as:

(1) Make: Smith & Wesson, .38 caliber revolver, Serial Number DLE5310;

(2) Make: Sig Sauer, P220, semiautomatic pistol, Serial Number G352163;

(3) Make: Harrington, Model 88, Open Action (break) style shotgun, 410 gauge;

(4) Make: Geisler, firearm parts;

(5) Make: Seven AR magazines; and

(6) Miscellaneous recovered shell casings

If any of the property described in paragraph two above, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;
b) has been transferred or sold to, or deposited with, a third party;
c) has been placed beyond the jurisdiction of the Court;
d) has been substantially diminished in value; or
e) has been commingled with other property which cannot be subdivided without difficulty.

It is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to

2

seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

                              RESPECTFULLY SUBMITTED:

                              PETER MCNEILLY
                              UNITED STATES ATTORNEY
                              DISTRICT OF COLORADO

BY:   */S/ R. Josh Player*
        R. Josh Player
        Assistant U.S. Attorney
        835 East Second Ave
        Durango, Colorado 81301
        Email: Riley.Player@usdoj.gov
        Attorney for the Government