IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-cr-80-GPG-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW AARON HAMMEL,

    Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the *United States' Motion for Preliminary Order of Forfeiture* filed pursuant to 18 U.S.C. § 924(d), 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2. The Court having read said Motion and being fully advised in the premises finds:

THAT on August 18, 2025, the United States and defendant Matthew Aaron Hammel entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924(d), 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii), and 28 U.S.C. § 2461(c);

THAT the requisite nexus exists between the (1) Smith & Wesson, .38 caliber revolver, Serial Number DLE5310; (2) Sig Sauer, P220, semiautomatic pistol, Serial Number G352163; (3) Harrington, Model 88, Open Action (break) style shotgun, 410 gauge; (4) Geisler, firearm parts; (5) Seven AR magazines; and (6) Miscellaneous recovered shell casings, and Count One, a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii), to which defendant Matthew Aaron Hammel has pleaded guilty; and

1

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the *United States' Motion for Preliminary Order of Forfeiture* is GRANTED;

THAT the defendant's interest in the ((1) Smith & Wesson, .38 caliber revolver, Serial Number DLE5310; (2) Sig Sauer, P220, semiautomatic pistol, Serial Number G352163; (3) Harrington, Model 88, Open Action (break) style shotgun, 410 gauge; (4) Geisler, firearm parts; (5) Seven AR magazines; and (6) Miscellaneous recovered shell casings, are forfeited to the United States in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c);

THAT pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States is directed to seize the property subject to forfeiture to the extent it is not in the custody of another jurisdiction for law enforcement purposes, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d), 21 U.S.C. §§ 841(a)(1) and

(b)(1)(A)(viii), and 28 U.S.C. § 2461(c), in which all interests will be addressed;

THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third parties in ancillary proceedings; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Fed. R. Crim. P. 32.2(e)(1).

SO ORDERED this  9th  day of _____September_____, 2025.

BY THE COURT:

_____
HON. GORDON P GALLAGHER
United States District Judge

3